# **EXHIBIT A**

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

| | |
|---|---|
| <u>JACQUELINE I. ORTIZ</u><br>**Plaintiff**<br><br>V.<br><br><u>AMAZON.COM SERVICES LLC</u><br>**Defendant** | CASE NO. CV25122460<br><br>JUDGE  SHERRIE MIDAY<br><br>**SUMMONS**  SUMC  CM<br>Notice ID:  57795878<br> |

| From: | JACQUELINE I. ORTIZ<br>P.O. BOX 609513<br>CLEVELAND OH 44109 | P1 | Atty.: | DOUGLAS L. WINSTON<br>3401 ENTERPRISE PARKWAY<br>SUITE 340<br>BEACHWOOD, OH 44122-0000 | |

| To: | AMAZON.COM SERVICES LLC<br>C/O CORPORATION SERVICE CO., AGENT<br>1160 DUBLIN ROAD<br>SUITE 400<br>COLUMBUS OH 43215 | D1 |

### NOTICE TO THE DEFENDANT:

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

Date Sent: 08/11/2025

By_____
                                      **Deputy**

CMSN130

Date Produced: 08/18/2025

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3551 9845 31. Our records indicate that this item was delivered on 08/15/2025 at 11:28 a.m. in COLUMBUS, OH 43215. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:     Case   CV25122460
CV25122460 / 57795878 / AMAZON.COM SERVICES LLC / 2025-8-20 05:19  Sent To:  1160 DUBLIN ROAD SUITE 400 COLUMBUS, OH 43215



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

# Court of Common Pleas

**New Case Electronically Filed: COMPLAINT**
**August 11, 2025 09:18**

By: DOUGLAS L. WINSTON 0034695

Confirmation Nbr. 3581209

JACQUELINE I. ORTIZ  CV 25 122460

vs.

AMAZON.COM SERVICES LLC  **Judge:** SHERRIE MIDAY

**Pages Filed:** 12

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO
CIVIL DIVISION

| | | |
|---|---|---|
| JACQUELINE I. ORTIZ | ) | |
| P.O. Box 609513 | ) | CASE NO: |
| Cleveland, OH 44109 | ) | |
| | ) | |
| **Plaintiff,** | ) | JUDGE |
| | ) | |
| -v- | ) | **COMPLAINT** |
| | ) | |
| | ) | *Jury Demand Endorsed* |
| AMAZON.COM SERVICES LLC | ) | |
| c/o Corporation Service Co., Agent | ) | |
| 1160 Dublin Road, Suite 400 | ) | |
| Columbus, OH 43215 | ) | |
| | ) | |
| **Defendant.** | ) | |

### I. INTRODUCTION

1. Plaintiff, Jacqueline I. Ortiz, brings this claim of sexual harassment arising under common and statutory law.

### II. JURISDICTION AND VENUE

2. Pursuant to Civ. R. 3 (C) (3) this Court has jurisdiction of Plaintiff's state law claim arising under R.C. Chapter 4112. The actions and inactions alleged herein occurred in Cuyahoga County, at Plaintiff's place of employment addressed as 21500 Emery Road, North Randall, Ohio.

### III. NATURE OF THE ACTION

3. This is an action brought under R.C. Sections 4112.02 (A) and 4112.052, for damages and appropriate relief stemming from the sexually harassing behavior of Plaintiff's co-

workers and supervisors, including her employer's inability and indifference in abating the sexually charged behavior she encountered and found unwelcomed.

## IV. PARTIES

4. At all relevant times, Plaintiff resided in the city of Cleveland, state of Ohio, and county of Cuyahoga.

5. Defendant Amazon.com Services LLC ("Defendant") is a foreign corporation that provides e-commerce services and fulfilling services for orders placed on the Amazon.com marketplace. At pertinent times alleged herein it was Plaintiff's employer that employed more than five hundred (500) employees. During Plaintiff's employment, it operated a fulfilling center located at 21500 Emery Road, North Randall, Ohio, where Plaintiff worked.

## COUNT ONE
### (CREATION OF A SEXUALLY HOSTILE WORK ENVIRONMENT)

6. Plaintiff restates paragraphs 1-5 set forth above.

7. Within a month of commencing her employment with Defendant in October of 2021, an assistant manager, Paul Patrick, engaged in unwelcoming behavior of a sexual nature.

8. After Plaintiff told him she was Hispanic he questioned Plaintiff repeatedly asking if Plaintiff was a "messy Latina woman in bed, exclaiming she was a "hot one."

9. Patrick frequently asked Plaintiff about her breast and genital areas, creating a work environment that was so uncomfortable that Plaintiff spoke with Defendant's HR representative, informing this representative about Patrick's behavior.

10. After Plaintiff's complaint to HR, Plaintiff was told to fill out a statement about Patrick's behavior, which she did.

11. Despite informing HR, however, Patrick's behavior continued, he often commenting about the size of Plaintiff's breast, attempting to "spank" Plaintiff on her behind, but nevertheless pinching Plaintiff's shoulder so hard it left a bruise on her shoulder.

12. And Patrick's sexual harassment of Plaintiff was not limited to Plaintiff, Plaintiff frequently observed Patrick display sexually provocative behavior towards other females who worked at Amazon.

13. In addition to complaining to HR about Patrick's behavior Plaintiff informed Defendant's operation manager, Francis, about Patrick's behavior.  Rather than taking Plaintiff's complaint seriously Francis told Plaintiff that Plaintiff "needed a man to take care of [Plaintiff] and he was willing to do so."

14. This sexually charged conduct of Patrick occurred frequently throughout the calendar year of 2021 up to the month of May 2022 and sporadically occurred thereafter.

15. It was in November or December of 2022 that Plaintiff's co-worker, Brinton Organ, began his harassment of Plaintiff on the basis of her sex.

16. In a sexually suggestive manner Organ repeatedly touched Plaintiff, caressing Plaintiff on her waist and hands when walking by her.  This conduct occurred at least two times a week if not more.

17. As a result of Organ's initial conduct Plaintiff again contacted Defendant's HR representative, Julie Patton. Despite that report, Organ's behavior continued.

18. Organ's repeated conduct following that report to Patton then consisted of Organ hugging Plaintiff, poking Plaintiff under her arm, nearly touching her breast.

19. At this time, in April or May of 2023, Plaintiff took her concerns to Defendant's new operations manager, Snighda Shankar, informing Shankar about Patrick and Organ's

conduct. Shankar told Plaintiff she would handle the complaint when Shankar got situated (acclimated) to her new job.

20. Thereafter, Shankar told Plaintiff not to worry about their behavior and Plaintiff would be safe from harassment.

21. Far from being safe, Organ's behavior persisted.

22. On one occasion thereafter, Organ approached Plaintiff from behind, grabbed her hand, and stated he wanted a hug. On this occasion Plaintiff spoke with a managerial employee named Grey Frey and told him about Patrick's and Organ's behavior. Frey indicated Julie Patton would speak with Plaintiff about this matter.

23. Even after Plaintiff last spoke with Patton about the behavior that persisted following her multiple complaints to managerial officials, Organ's sexually harassing behavior continued.

24. On one occasions as Plaintiff was working the "flats" area by herself Organ cornered her, and asked her for hug, grabbing her hand with the intention of drawing Plaintiff's person to him. To the best of Plaintiff's recall this occurred in May of 2023.

25. Plaintiff screamed on this occasion, so loud that another associate named John Percival heard her and asked if she was okay.

26. Upon information and belief, Organ, Patrick, including Aaron Dedo, an area manager, were aware of Plaintiff's complaints of harassment. Dedo's knowledge was evidenced by the fact that in October or November of 2023 Dedo told Plaintiff because she made complaints of sexual harassment she would never be made part of management.

27. Dedo's conduct further humiliated Plaintiff, contributing to a hostile work environment permeated with sexual behavior, which, in Plaintiff's mind, was sanctioned by Dedo's statement.

28. Between the months of April 2023 and November 2023, Plaintiff's co-workers, including managerial officials like Dedo, also engaged in conduct indicative of their disdain for Plaintiff's complaints of harassment, particularly after she submitted a charge of discrimination to the Equal Employment Opportunity Commission ("EEOC") which was dually filed with the Ohio Civil Rights Commission (OCRC") and dated September 20, 2023.

29. One example of such conduct occurred on October 18, 2023 when Patrick threatened to shoot Plaintiff in her leg.

30. And it was on November 11, 2023 that Dedo demanded - after he and others began displaying mean and stalking behavior towards Plaintiff - that Plaintiff, contrary to Amazon's policy, work in the "stow" department, a department where employees were told to work in an effort to humiliate them as this department is filthy.

31. Plaintiff took her concerns regarding Dedo's insistence she work in the stow department to Defendant's HR department, addressing her complaint to Jeff Bezos as well.

32. By this time, and as a result of the hostility Plaintiff experienced, Plaintiff developed debilitating anxiety, emotional distress and humiliation causing her to go on an extended leave of absence and seek medical help.

33. It was not until March 15, 2024 that her employer reached out regarding this complaint, evidenced in an email from Michael Chase, attached hereto as Exhibit 1 and part a part of this Complaint.

34. On December 3, 2024, the EEOC issued its Determination of Charge on Plaintiff's charge of discrimination, attached hereto as Exhibit 2 and made a part of this Complaint.

35. Accordingly, Plaintiff's Complaint of sexual harassment premised upon the behavior she first encountered in 2021, which harassment continued until the time she went out on leave in November of 2023, is not only timely under *Nat'l R.R. Passenger Corp. v. Morgan*, 536 U.S. 101, 112-21 (2002), but is likewise timely under the tolling provisions of R.C. 4112.052 (C)(2)(b).

36. Defendant's conduct, indifference, and inaction exhibiting a conscious disregard for the rights and safety of Plaintiff, as alleged above, exhibited malice supporting a claim for punitive damages under R.C. 2315.21 (C)(1).

    **WHEREFORE,** Plaintiff requests the following relief on this Count against Defendant:

    a.    Grant Plaintiff compensatory damages in excess of Twenty-Five Thousand Dollars ($25,000) for the humiliation, anxiety, and emotional distress she encountered, lost wages, if warranted, punitive damages in an amount consistent with R.C. 2315.21 (D)(2)(a), along with costs and reasonable attorney fees.

    b.    Trial by jury; and

    c.    Grant any additional relief that the Court deems just and equitable.

    Respectfully submitted,

    */s/ Douglas L. Winston*
Douglas L. Winston, Esq. (#0034695)
3401 Enterprise Parkway, Suite 340
Beachwood, Ohio 44122-7340
(216) 766-5735
(440) 461-9102 (Facsimile)
dwinston@counselorwinston.com

                                                         Counsel for Plaintiff
                                                         Jacqueline Ortiz

## **JURY DEMAND**

Plaintiff requests a trial by jury on all issues triable to a jury.

                                                         */s/ Douglas L. Winston*
                                                         Douglas L. Winston

# Case 20231113-838546: Closure Notification [ ref:!00D3t02mKvO.!5003t01kTChD:ref ]
1 message

**Amazon HR** <hr@exact.hr.amazon.dev>  Fri, Mar 15, 2024 at 4:42 PM
To: jackieortiz2009@gmail.com <jackieortiz2009@gmail.com>

Hi, Jackie,

On November 12, 2023, you raised concerns to our team. Amazon takes concerns of this nature very seriously and has a process in place to investigate. My role in this process was to be a fair and objective fact finder and to conduct and complete a thorough investigation. As part of this process, I spoke with relevant parties and reviewed relevant documentation.

I completed a thorough investigation and found violations of Amazon policy or standards of conduct. As a result, we will take appropriate actions to address the violations and prevent similar violations in the future. We also found opportunities to improve Amazon processes that will be implemented to ensure an improved experience in the future.

As a reminder, Amazon has a policy prohibiting retaliation against anyone who has raised a complaint or who has participated in an investigation. Amazon expects that anyone who participates in an investigation will not engage in any retaliatory behavior – this applies to and has been discussed with all the parties in the investigation.

Thank you again for raising your concerns and for your cooperation. If you have any questions now or in the future, please let me know.

We appreciated the opportunity to assist you and your patience with the investigative process for this complex case.

Thank you,
Michael Chase

cid:image001.png@01D93FB5.B1EC8AC0

**Michael B. Chase**
Sr. Escalations Investigator
mbchase@amazon.com

ref:!00D3t02mKvO.!5003t01kTChD:ref

EXHIBIT 1

Electronically Filed 08/11/2025 09:18 /  / CV 25 122460 / Confirmation Nbr. 3581209 / CLMB3

1/1

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Cleveland Field Office**
1240 E 9th St, Suite 3001
Cleveland, OH 44199
(216) 306-1120
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 12/03/2024

**To:** Ms. Jacqueline I. Ortiz
P. O. Box 609513
Cleveland, OH 44109

Charge No: 532-2023-02392

EEOC Representative:     Legal Unit
(267) 589-9707

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 532-2023-02392.

On behalf of the Commission,

Digitally Signed By:Dilip Gokhale
12/03/2024
Dilip Gokhale
Director

Electronically Filed 08/11/2025 09:18 / / CV 25 1228607 Confirmation Nbr. 3381209 / CLMB3

**EXHIBIT 2**

**Cc:**
Sofia Mitchell
Amazon, Inc. Services, LLC c/o Littler Mendelson, P.C.
2301 McGee ST Ste 800
Kansas City, MO 64108


Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

**IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT**

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

**ATTORNEY REPRESENTATION**

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

**HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS**

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 532-2023-02392 to the

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director at Jamie Williamson, 801 Market St Suite 1000, Philadelphia, PA 19107.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 532-2023-02392 to the District Director at Jamie Williamson, 801 Market St Suite 1000, Philadelphia, PA 19107.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.